■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE FIELDS, Appellant. [884 NYS2d 193]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Firetog, J.), imposed August 7, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Skelos, Miller, Eng and Lott, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN GLUSKO, Appellant. [882 NYS2d 660]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Hayes, J.), rendered August 10, 2007, convicting him of criminal contempt in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]).

The defendant has not, nor could he have, raised any nonfrivolous issues in his supplemental pro se brief. Rivera, J.P., Dillon, Covello, Eng and Hall, JJ., concur.